# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

Re:
International Timber Management Inc

Debtor(s)

CHAPTER 7

CASE NO. 95-03292

TURNOVER OF FUNDS
TO THE CLERK

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

NAME & ADDRESS    CHECK NO.    DATED    AMOUNT $
OF CREDITOR

TOTAL $

2. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. 347(a).

NAME AND ADDRESS    CHECK NO. 1082    DATED 03/22/06    AMOUNT **$114.10**
OF CREDITOR
Bernard R. Michels Sr.
c/o James E. Siebe Atty
Moscow, Id 83843

TOTAL AMOUNT REMITTED **$114.10**

C. Barry Zimmerman
Chapter 13 Trustee