# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO



Re:  
   International Timber Management Inc ] CHAPTER 7

] CASE NO. 95-03292

] TURNOVER OF FUNDS
] TO THE CLERK

Debtor(s) ]

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

NAME & ADDRESS   CHECK NO.   DATED   AMOUNT $
OF CREDITOR

TOTAL $

2. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. 347(a).

NAME AND ADDRESS   CHECK NO. 1092   DATED 03/22/06   AMOUNT **$15,277.27**
OF CREDITOR  
Bernard R. Michels Sr.  
c/o James E. Siebe Atty  
Moscow, Id 83843

TOTAL AMOUNT REMITTED   **$15,277.27**

_signature_

C. Barry Zimmerman  
Chapter 13 Trustee